Summons in a Civil Action (Rev 11/97)

FILED

07 DEC 13 PM 2:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

CRICKET COMMUNICATIONS, INC.,

vs

VISUAL INTERACTIVE PHONE CONCEPTS, INC.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'07 CV 2332 WQH JMA**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LATHAM & WATKINS LLP
Stephen P. Swinton (SBN 106398)
12636 High Bluff Drive, Suite 400
San Diego, California 92130

LATHAM & WATKINS LLP
Sean S. Pak (SBN 219032)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

12/13/07
DATE

By J. _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

