1  LATHAM & WATKINS LLP
   Stephen P. Swinton (SBN 106398)
2  stephen.swinton@lw.com
   12636 High Bluff Drive, Suite 400
3  San Diego, California 92130-2071
   Telephone:    (858) 523-5400
4  Facsimile:    (858) 523-5450

5  LATHAM & WATKINS LLP
   Sean S. Pak (SBN 219032)
6  sean.pak@lw.com
   633 West Fifth Street, Suite 4000
7  Los Angeles, California 90071-2007
   Telephone: (213) 485-1234
8  Facsimile: (213) 891-8763

9  Attorneys for Defendant
   CRICKET COMMUNICATIONS, INC.

10

11                 UNITED STATES DISTRICT COURT

12                 SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., | Case No. 07-CV-2332 WQH (JMA) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., | |
| Defendant. | |

20

21     NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil

22 Procedure, plaintiff voluntarily dismisses the above-captioned action without prejudice.

23 Dated: January 18, 2008

24                                    LATHAM & WATKINS LLP
                                      Stephen P. Swinton
25                                    Sean S. Pak

26                              By:        /s/ Stephen P. Swinton
                                    Attorneys for Plaintiff
27                                  CRICKET COMMUNICATIONS, INC.
                                    E-mail: steve.swinton@lw.com
28

LATHAM&WATKINS  NSD\91894.1                              Case No. 07-CV-2332 WQH (JMA)
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY                     1